# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-05747 KRM  
**Case Name:** BROMLEY, RANDALL EDWARD  
**Period Ending:** 03/31/16

**Trustee:** (290770)   DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 06/01/15 (f)  
**§341(a) Meeting Date:** 07/08/15  
**Claims Bar Date:** 10/13/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Homestead real property located at 4115 Coconut, <br>    Orig. Description: Homestead real property located at 4115 Coconut, Terrace, Bradenton, Florida a/k/a 4115 1OOth St. W., of survivorship, Bradenton, Florida (2014 tax assessed value listed); Imported from original petition Doc# 9 | 226,403.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c <br>    Orig. Description: Wells Fargo Bank - Checking Account; Imported from original petition Doc# 9 | 2,206.00 | 1,523.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c <br>    Orig. Description: Wells Fargo Bank - Savings Account; Imported from original petition Doc# 9 | 67.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings, including audio <br>    Orig. Description: Household furnishings; Imported from original petition Doc# 9 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | Wearing apparel. <br>    Orig. Description: Miscellaneous clothing items; Imported from original petition Doc# 9 | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Furs and jewelry. <br>    Orig. Description: Wedding ring and watch; Imported from original petition Doc# 9 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Stock and interests in incorporated and unincorp | Unknown | 150,000.00 | | 0.00 | 150,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-05747 KRM  
**Case Name:** BROMLEY, RANDALL EDWARD  
**Period Ending:** 03/31/16

**Trustee:** (290770) DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 06/01/15 (f)  
**§341(a) Meeting Date:** 07/08/15  
**Claims Bar Date:** 10/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Description: Interest in Logistic Assets Corp.; Imported from original petition Doc# 9 |  |  |  |  |  |
| 8 | Stock and interests in incorporated and unincorp<br>Orig. Description: Interest in Freedom Assist Technology, LLC; Imported from original petition Doc# 9 | Unknown | 0.00 |  | 0.00 | FA |
| 9 | Stock and interests in incorporated and unincorp<br>Orig. Description: Interest in Twin Star Corporate Aviation, LLC; Imported from original petition Doc# 9 | Unknown | 0.00 |  | 0.00 | FA |
| 10 | Automobiles, trucks, trailers and other vehicles<br>Orig. Description: 2014 Chevrolet Volt; Imported from original petition Doc# 9 | 23,000.00 | 0.00 |  | 0.00 | FA |
| 11 | Automobiles, trucks, trailers and other vehicles<br>Orig. Description: 2013 Mazda Pickup Truck; Imported from original petition Doc# 9 | 5,600.00 | 0.00 |  | 0.00 | FA |
| 12 | Boats, motors and accessories.<br>Orig. Description: 1969 15' boat and trailer; Imported from original petition Doc# 9 | 1,000.00 | 1,000.00 |  | 0.00 | FA |
| 13 | Animals.<br>Orig. Description: Dog; Imported from original petition Doc# 9 | 0.00 | 0.00 |  | 0.00 | FA |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$259,526.00** | **$153,523.00** |  | **$0.00** | **$150,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| **Case Number:** | 15-05747 KRM | **Trustee:** | (290770) DOUGLAS N. MENCHISE |
| **Case Name:** | BROMLEY, RANDALL EDWARD | **Filed (f) or Converted (c):** | 06/01/15 (f) |
| | | **§341(a) Meeting Date:** | 07/08/15 |
| **Period Ending:** | 03/31/16 | **Claims Bar Date:** | 10/13/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

7/9/2015- Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order; 07/13/15 - Sent letter to Atty Sharp requesting business docs;  7/13/2015 - filed proof of service - doc. no. 13; 09/03/15 - Filed motion to extend time to object to discharge; 9/8/2015 - Severed Order and  Filed Proof of Service on Doc. No. 26 to Debtor; 9/8/2015 - SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 30; 09/18/15 - Filed Motion to Extend Time to Object to Exemptions;9/25/2015-SERVED ORDER AND FILED PROOF OF SERVICE DOC. NO. 37;

**Initial Projected Date Of Final Report (TFR):**  June 30, 2015      **Current Projected Date Of Final Report (TFR):**  June 30, 2016